Sheri Thome, Esq.
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendant House of Blues Las Vegas Restaurant Corp.*
*Erroneously sued as Live Nation House of Blues*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARDS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LIVE NATION HOUSE OF BLUES, a foreign corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01268-GMN-CWH<br><br>**STIPULATION TO STAY CASE PENDING ARBITRATION** |

The undersigned, SHERI M. THOME, ESQ. from WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorney of record for Defendant, House of Blues Las Vegas Restaurant Corp. and WILLIAM W. McGAHA, ESQ. from SCHUETZE & McGAHA, P.C., attorney of record for Plaintiff James Edwards hereby stipulate to stay the present action and refer the matter to private arbitration, per the arbitration agreement between the parties dated July 7, 2015. This stipulation will moot the Motion to Dismiss and Stay Arbitration, ECF No. 007, and further vacate the Early Neutral Evaluation Conference set for October 16, 2018. (ECF. 009).

The parties agree to file status reports every 120 days to inform the Court of the status of the arbitration.

\\

\\

\\

1362487v.1

Page 1 of 2

SO STIPULATED.

DATED this 17 day of September, 2018.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sheri Thome
Sheri Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant House of Blues Las Vegas Restaurant Corp.*
*Erroneously sued as Live Nation House of Blues*

SCHUETZE & McGAHA, P.C

By: /s/ William W. McGaha
William W. McGaha, Esq.
Nevada Bar No.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
*Attorneys for Plaintiff James Edwards*

### ORDER UPON STIPULATION

GOOD CAUSE SHOWING, the present case is hereby stayed pending private arbitration. The Defendant's Motion to Dismiss and Stay Arbitration, ECF No. 007 is denied as moot. The Early Neutral Evaluation Conference set for October 16, 2018, per ECF. 009, is hereby vacated.

The parties are hereby ordered to file status reports every 120 days to inform the Court of the status of the arbitration.

IT IS SO ORDERED. Dated this 18 day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT